**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Sammy Lee LANG, Defendant-Appellant.**

**No. 30846**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

April 6, 1971.

S. Gunter Toney, Toney & Guarisco, Tallahassee, Fla., for defendant-appellant.

William J. Schloth, U. S. Atty., Charles T. Erion, Asst. U. S. Atty., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.

See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Cothing Workers of America, 5 Cir. 1970, 430 F.2d 966.